JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 73–339. EMPLOYEE-OFFICER JOHN v. JOHNSON. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮

No. 73–442. NEW YORK v. FITZPATRICK. Ct. App. N. Y. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮

No. 72–6535. RODRIGUEZ v. UNITED STATES, *ante,* p. 864;

No. 72–6538. ARIAS v. UNITED STATES, *ante,* p. 864;

No. 72–6737. RODRIGUES v. UNITED STATES, *ante,* p. 841;

No. 72–6787. WEATHERS v. GAFFNEY, WARDEN, *ante,* p. 872;

No. 72–6837. JOSEPH v. HENDERSON, WARDEN, *ante,* p. 846;

No. 72–6905. REID v. WISCONSIN, *ante,* p. 880;

No. 72–6939. JOHNSTON v. UNITED STATES, *ante,* p. 850;

No. 73–2. KAEHNI ET AL. v. DIFFRACTION Co., *ante,* p. 854; and

No. 73–135. KING NUT Co. v. BEER NUTS, INC., *ante,* p. 858. Petitions for rehearing denied.

No. 72–1271. BRUMBAUGH v. UNITED STATES, 412 U. S. 918. Motion to dispense with printing petition granted. Motion for leave to file petition for rehearing denied.

No. 72–5462. LEE v. TEXAS, 409 U. S. 1046. Motion for leave to file petition for rehearing denied.